**1**

**Glenn STINEMAN, Appellant, v. PENINSULA STATE STEAMSHIP CORPORATION, a Foreign Corporation, as Owner of the Steamship LAKE GALEWOOD, Appellee.**

Circuit Court of Appeals, Fourth Circuit. May 5, 1928.

No. 2699.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore, in Admiralty; William C. Coleman, Judge.

Affirming decree 21 F.(2d) 987.

Jacob L. Morewitz, of Newport News, Va. (Rome & Rome and Nathan Hamburger, all of Baltimore, Md., on the brief), for appellant.

Robert W. Williams, of Baltimore, Md. (Finkler & McEntire, of New York City, and Janney, Ober, Slingluff & Williams, of Baltimore, Md., on the brief), for appellee.

Before WADDILL, PARKER, and NORTHCOTT, Circuit Judges.

PER CURIAM. Affirmed on the authority of recent decisions of this court as follows: The Charles Whittemore, 11 F.(2d) 344 (certiorari denied); The Walter D. Noyes, 20 F.(2d) 342, Id., 21 F.(2d) 607 (certiorari denied); and Swanson v. Torry, Master, etc., 25 F.(2d) 835, decided April 10, 1928.

Affirmed.

---

**2**

**LOUISIANA OIL REFINING CORPORATION, Plaintiff in Error, v. Delphia E. TRIPLETT.**

Circuit Court of Appeals, Eighth Circuit. March 19, 1928.

No. 7960.

In Error to the District Court of the United States for the Western District of Arkansas.

T. J. Gaughan, J. T. Sifford, J. E. Gaughan, and E. E. Godwin, all of Camden, Ark., for plaintiff in error.

Huey P. Long, of Shreveport, La., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, per stipulation of parties.

---

**3**

**Daniel B. LUTEN, Appellant, v. KANSAS CITY BRIDGE COMPANY.**

Circuit Court of Appeals, Eighth Circuit. January 3, 1928.

No. 7931.

Appeal from the District Court of the United States for the Western District of Missouri.

Justin D. Bowersock, of Kansas City, Mo., and Russell T. MacFall, of Indianapolis, Ind., for appellant.

Samuel W. Sawyer and Richard S. Righter, both of Kansas City, Mo., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, under rules 23 and 24.

---

**4**

**T. E. McCLINTOCK, Receiver, etc., et al., Appellants, v. UNITED STATES FIDELITY & GUARANTY CO.**

Circuit Court of Appeals, Eighth Circuit. February 15, 1928.

No. 8069.

Appeal from the District Court of the United States for the District of Wyoming.

L. Ward Bannister and Samuel M. January, both of Denver, Colo., and John Dillon, C. R. Ellery, and P. C. Spencer, all of Cheyenne, Wyo., for appellants.

A. W. Gillette and H. H. Clark, both of Denver, Colo., for appellee.

PER CURIAM. Appeal dismissed, without taxation of costs to either party in this court, per stipulation of parties.